Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ALASKA CARPENTERS HEALTH AND WELFARE TRUST FUND; SOUTHERN ALASKA CARPENTERS RETIREMENT FUND; ALASKA CARPENTERS DEFINED CONTRIBUTION TRUST FUND; and ALASKA CARPENTERS TRAINING TRUST, | Case No. 2:25-mc-00081-JNW |
| Plaintiffs, | ORDER DIRECTING ENTRY OF JUDGMENT ON GARNISHEE'S ANSWER AND ORDER TO PAY |
| GREYROCK DRILLING & PILEDRIVING LLC, a Washington limited liability company; and DAVID SJOGREN, an individual, | |
| Defendant, | |
| COLUMBIA BANK, N.A., | |
| Garnishee Defendant. | |

**JUDGMENT SUMMARY**

Judgment Creditors:    Alaska Carpenters Health and Welfare Trust Fund; Southern Alaska Carpenters Retirement Fund; Alaska Carpenters Defined Contribution Trust Fund; and Alaska Carpenters Training Trust

Garnishment Judgment Debtor (Garnishee):    Columbia Bank, N.A.

ORDER – 1
2:25-mc-00081-JNW

TURNER, STOEVE & GAGLIARDI, P.S.
201 W North River Drive, Suite 190
Spokane, WA 99201
(509) 326-1552

Garnishment Judgment Amount:                 $9,240.71

Judgments to Bear Interest at:                 12%

Attorneys for Judgment Creditors:            Jeffrey G. Maxwell, Esq.
                                             Turner, Stoeve & Gagliardi, P.S.
                                             201 W North River Drive, Suite 190
                                             Spokane, Washington 99201

Based on the evidence before the Court, the Court finds that at the time the Writ of Garnishment was issued, Garnishee Defendant Columbia Bank, N.A., was in possession of $9,240.71 in non-exempt funds belonging to Defendant/Judgment Debtor Greyrock Drilling & Piledriving LLC.  The Court also finds that Plaintiffs have incurred $387.50 in recoverable costs and attorney fees.

Based on the above findings by the Court, it is ORDERED, ADJUDGED, AND DECREED that Plaintiffs are awarded judgment against Garnishee Defendant Columbia Bank, formerly known as Columbia Bank, N.A., in the amount of $9,240.71; that Garnishee Defendant shall pay its judgment amount to Plaintiffs through the Registry of the Court; that, upon payment by the Garnishee Defendant of the aforementioned sum to the Registry of the Court, the Clerk is directed to deposit funds into the Registry of the Court in the principal amount of $9,240.71; and that, upon receipt and deposit of the aforementioned sum, the Clerk is authorized and directed to draw a check on the funds deposited in the Registry of the court in the principal amount of $9,240.71, payable to Turner, Stoeve & Gagliardi, P.S., in trust for the Alaska Carpenters Trusts and mail or deliver the check to Turner, Stoeve & Gagliardi, P.S., 201 W North River Drive, Suite 190, Spokane, Washington 99201.  Plaintiffs are directed to first satisfy the $387.50 in recoverable costs, as listed on the writ of garnishment (Dkt. #3), prior to applying garnishment proceeds to the

ORDER – 2
2:25-mc-00081-JNW

underlying judgment balance.  Garnishee Defendant is advised that the failure to pay the judgment amount may result in execution of the judgment, including garnishment.

Dated: May 1, 2026.

_____
Honorable Jamal N. Whitehead
United States District Judge

ORDER – 3
2:25-mc-00081-JNW